# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRANDON MARQUIS PUGH (AIS # 254312), | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 13-00588-WS-B |
| LOUIS BOYD, | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **ADOPTED** as the opinion of this Court. It is **ORDERED** that Pugh's habeas petition be **DISMISSED** as barred by the statute of limitations and that he is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this **20th** day of **October, 2014**.

s/ WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**